Electronically Filed
2/23/2022 10:36 AM
Steven D. Grierson
CLERK OF THE COURT



MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| Guadalupe Lucinda Valdez-Valenzuela,<br><br>Plaintiff,<br><br>vs.<br><br>Cardenas Markets, LLC d/b/a Cardenas; Does I-X, inclusive, and Roe Corporations I-X, inclusive,<br><br>Defendant. | Case No.: A-22-847414-C<br>Dept. No.: 4<br><br>**Cardenas Markets, LLC's Answer to Complaint** |

1. Admit.

2. Admit.

3. Admit.

4. Cardenas Markets, LLC ("Cardenas") lacks information sufficient to determine the accuracy of the allegations contained in this paragraph, so it denies them.

5. Admit.

6. Cardenas admits she slipped and fell in the store, but denies the remaining allegations in this paragraph.

7. Deny.

8. Deny.

9. Cardenas lacks information sufficient to determine the accuracy of the allegations contained in this paragraph, so it denies them.

10. Deny.

11. Deny.

266851680v.1

12. Deny.

13. Deny.

14. Cardenas repeats its responses to prior paragraphs.

15. Deny.

16. Deny.

17. Deny.

18. Deny.

19. Deny.

20. Deny.

21. Deny.

### Affirmative Defenses

1. Plaintiff was comparatively negligent.

2. The hazard Plaintiff alleges was open and obvious.

3. The event alleged in the complaint was caused by an intervening, superseding cause.

4. The event alleged in the complaint was solely caused by a non-party.

5. Plaintiff did not mitigate damages.

### Request for Relief

Cardenas requests the case against it be dismissed with prejudice.

DATED this 23rd day of February, 2022.

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: */s/ Michael Lowry*
    MICHAEL P. LOWRY
    Nevada Bar No. 10666
    6689 Las Vegas Boulevard South, Suite 200
    Las Vegas, NV 89119
    Attorneys for Cardenas Markets, LLC

-2-

266851680v.1

-3-

1 **Certificate of Service**

2 Pursuant to NRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman

3 & Dicker LLP, and that on February 23, 2022, I served **Cardenas Markets, LLC's Answer to**

4 **Complaint** as follows:

5 ☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

6

7 ☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

8

| De Castroverde Law Group<br>1149 South Maryland Parkway<br>Las Vegas, NV 89104<br>Attorneys for Plaintiff | |

BY:  */s/ Amanda Hill*
         An Employee of


**Kiwanuka, Alexa**

| | |
|---|---|
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **Sent:** | Wednesday, February 23, 2022 10:37 AM |
| **To:** | EfileLasVegas |
| **Subject:** | Notification of Service for Case: A-22-847414-C, Guadalupe Valdez-Valenzuela, Plaintiff(s)vs.Cardenas Markets, LLC, Defendant(s) for filing Answer - ANS (CIV), Envelope Number: 9406277 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[EXTERNAL EMAIL]**

# Notification of Service

Case Number: A-22-847414-C
Case Style: Guadalupe Valdez-Valenzuela, Plaintiff(s)vs.Cardenas Markets, LLC, Defendant(s)
Envelope Number: 9406277

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | A-22-847414-C |
| **Case Style** | Guadalupe Valdez-Valenzuela, Plaintiff(s)vs.Cardenas Markets, LLC, Defendant(s) |
| **Date/Time Submitted** | 2/23/2022 10:36 AM PST |
| **Filing Type** | Answer - ANS (CIV) |
| **Filing Description** | Cardenas Markets, LLC's Answer to Complaint |
| **Filed By** | Amanda Hill |
| **Service Contacts** | Cardenas Markets, LLC:<br><br>Efile LasVegas (efilelasvegas@wilsonelser.com)<br><br>Amanda Hill (amanda.hill@wilsonelser.com)<br><br>Michael Lowry (michael.lowry@wilsonelser.com)<br><br><br>Guadalupe Lucinda Valdez-Valenzuela: |

1

|  | Cindy Ibarra (Cindy@decastroverdelaw.com) |
|---|---|
|  | Mariela Ramos (Mariela@decastroverdelaw.com) |
|  | Peter Petersen (Peter@decastroverdelaw.com) |

| Document Details ||
|---|---|
| **Served Document** | Download Document |
| This link is active for 30 days. ||