Electronically Filed
2/23/2022 10:36 AM
Steven D. Grierson
CLERK OF THE COURT

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| Guadalupe Lucinda Valdez-Valenzuela,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Cardenas Markets, LLC d/b/a Cardenas; Does I-X, inclusive, and Roe Corporations I-X, inclusive,<br><br>　　　　　Defendant. | Case No.: A-22-847414-C<br>Dept. No.: 4<br><br>**Cardenas Markets, LLC's Demand for Jury Trial** |

　　　Cardenas Markets, LLC requests a jury trial per Rule 38.

　　　DATED this 23rd day of February, 2022.



　　　　　　　　　　　　BY: */s/ Michael Lowry*
　　　　　　　　　　　　　　MICHAEL P. LOWRY
　　　　　　　　　　　　　　Nevada Bar No. 10666
　　　　　　　　　　　　　　6689 Las Vegas Boulevard South, Suite 200
　　　　　　　　　　　　　　Las Vegas, NV 89119
　　　　　　　　　　　　　　Attorneys for Cardenas Markets, LLC

266851474v.1

**Certificate of Service**

Pursuant to NRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on February 23, 2022, I served **Cardenas Markets, LLC's Demand for Jury Trial** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| De Castroverde Law Group<br>1149 South Maryland Parkway<br>Las Vegas, NV 89104<br>Attorneys for Plaintiff | |

BY: */s/ Amanda Hill*
An Employee of



-2-

266851474v.1

## Kiwanuka, Alexa

| | |
|---|---|
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **Sent:** | Wednesday, February 23, 2022 10:37 AM |
| **To:** | EfileLasVegas |
| **Subject:** | Notification of Service for Case:  A-22-847414-C, Guadalupe Valdez-Valenzuela, Plaintiff(s)vs.Cardenas Markets, LLC, Defendant(s) for filing Demand for Jury Trial - DMJT (CIV), Envelope Number: 9406277 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[EXTERNAL EMAIL]**



# Notification of Service

Case Number: A-22-847414-C
Case Style: Guadalupe Valdez-Valenzuela, Plaintiff(s)vs.Cardenas Markets, LLC, Defendant(s)
Envelope Number: 9406277

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | A-22-847414-C |
| **Case Style** | Guadalupe Valdez-Valenzuela, Plaintiff(s)vs.Cardenas Markets, LLC, Defendant(s) |
| **Date/Time Submitted** | 2/23/2022 10:36 AM PST |
| **Filing Type** | Demand for Jury Trial - DMJT (CIV) |
| **Filing Description** | Cardenas Markets, LLC's Demand for Jury Trial |
| **Filed By** | Amanda Hill |
| **Service Contacts** | Guadalupe Lucinda Valdez-Valenzuela:<br><br>Peter Petersen (Peter@decastroverdelaw.com)<br><br>Mariela Ramos (Mariela@decastroverdelaw.com)<br><br>Cindy Ibarra (Cindy@decastroverdelaw.com)<br><br><br>Cardenas Markets, LLC: |

|  | Efile LasVegas (efilelasvegas@wilsonelser.com) |
|---|---|
|  | Amanda Hill (amanda.hill@wilsonelser.com) |
|  | Michael Lowry (michael.lowry@wilsonelser.com) |

| Document Details ||
|---|---|
| **Served Document** | Download Document |
| This link is active for 30 days. ||