

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Guadalupe Lucinda Valdez-Valenzuela,<br><br>Plaintiff,<br><br>vs.<br><br>Cardenas Markets, LLC d/b/a Cardenas; Does I-X, inclusive, and Roe Corporations I-X, inclusive,<br><br>Defendant. | Case No.: 2:22-cv-602-JAD-EJY<br><br>**Stipulation and Order to Dismiss with Prejudice**<br><br>ECF No. 12 |

The parties stipulate to dismiss all claims in case 2:22-cv-602 with prejudice, each to bear their own fees and costs. No trial date has been set.

| | |
|---|---|
| <br><br>/s/ Michael Lowry<br>MICHAEL P. LOWRY, ESQ<br>Nevada Bar No. 10666<br>JONATHAN C. PATTILLO, ESQ.<br>Nevada Bar No. 13929<br>Attorneys for Cardenas Markets, LLC | DE CASTROVERDE LAW GROUP<br><br>/s/ Peter Peterson<br>ORLANDO DE CASTROVERDE, ESQ.<br>Nevada Bar No. 7320<br>PETER PETERSON, ESQ.<br>Nevada Bar No. 14256<br>Attorneys for Plaintiff |

## ORDER

Based on the parties' stipulation [ECF No. 12] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 15, 2022

273788795v.1